**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Samuel LEE, Defendant–Appellant.**

No. 06–30790
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2008.

Carol Loupe Michel, Stephen A. Higginson, Assistant U.S. Attorney, Brian M. Klebba, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Samuel Lee, CCM Dallas, Dallas, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Samuel Lee, federal prisoner # 27842–

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

034, appeals the denial of his motion for inspection of the minutes of the grand jury proceedings in his criminal case. Lee was indicted by the grand jury for, and ultimately convicted of, extortion and conspiracy to commit extortion in violation of the Hobbs Act, 18 U.S.C. §§ 371, 1951(a). Lee contends that he needs access to the grand jury minutes to prove that witnesses who appeared before the grand jury perjured themselves.

However, Lee does not brief any argument challenging the district court's basis for denying the motion—specifically, that the district court lacked jurisdiction to entertain the motion. Lee has thus abandoned any challenge to the district court's denial of his motion, *see Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987), and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

R. 47.5.4.